JAMES R. HEBERT, by his next friend, M. A. HEBERT, appellant,
v. FRANK E. ALLEN et al., appellees.

No. 47550.

(Reported in 40 N.W. 2d 475)

JANUARY 10, 1950.

B. C. Sullivan, of Rockford, and Larson & Carr, of Charles
City, for appellant.

Westfall, Laird & Burington, of Mason City, for appellees.

SMITH, J.—The record in this case fails to show that any
final judgment was entered upon the order directing verdict. A
certificate of the clerk of the Floyd District Court reveals that
no such judgment was entered. Pursuant to our holding in
Wilson v. Corbin, 241 Iowa 226, 40 N.W. 2d 472, the submission
herein is set aside, plaintiff given twenty days in which to have
the proper judgment entered nunc pro tunc and the record here
corrected to show such judgment. If so corrected the case will
be resubmitted at the February period of the present term of
this court without further oral or written argument. If not so

corrected the appeal will be dismissed during said February period.—Submission set aside with leave to have judgment entered.

All JUSTICES concur.